## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | Case No. |
| Plaintiff, | Hon. |
| v. | **Jury Trial Demanded** |
| **ALPINE ELECTRONICS OF AMERICA, INC.,** | |
| Defendant | |

### Complaint for Patent Infringement

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against Alpine Electronics of America, Inc. ("Defendant" or "Alpine") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

### Parties and Jurisdiction

1.     This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.     Plaintiff is a Texas limited liability company with a place of business at 1801 NE 123rd Street, Suite 314, North Miami, FL 33161.

4.      On information and belief, Defendant is a California corporation with a principal office address of 1500 Atlantic Blvd., Auburn Hills, MI 48326.  On information and belief, Defendant may be served through its registered agent, URS Agents Inc. (C3355755).

5.      This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.      Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## Venue

7.      On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to be a resident of this District. Alternatively, acts of infringement are occurring in this District and the Defendant has a regular and established place of business in this District.

## Count I
### (Infringement of United States Patent No. 9,300,723)

8.      Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.      This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

2

10.     Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11.     A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12.     The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13.     Defendant has infringed and continues to infringe one or more claims, including at least Claim 12 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent.  For example, Defendant makes, uses, and/or sells the CDE-175BT systems, portable Bluetooth enabled speaker system, and any similar products ("Product").  Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14.     Regarding Claim 12, the Product is configured to receive a media file (e.g., music file) from a wireless mobile device (e.g., mobile phone) over a communication network (e.g. Bluetooth network).  The wireless mobile device (e.g., mobile phone) sends data (e.g., music file) to the media system.  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.alpine-usa.com/product/cde-175bt



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

PRESS PLAY AND LET ALPINE DO
THE REST
With advanced Bluetooth® wireless
technology, audio streaming, and
FLAC support, the CDE-175BT CD
receiver delivers quality phone calls
and playback of various music files so
you stay in touch and in tune.

Source: https://www.alpine-usa.com/product/cde-175bt

# PRODUCT OVERVIEW

Whether your music is on CDs, streamed from your phone or digital player with your Pandora
account, or even stored on a USB drive, the CDE-175BT can deliver the music you crave
while on the road.

Source: https://www.alpine-usa.com/product/cde-175bt

15.    The Product includes a wireless receiver (e.g., Bluetooth receiver).
Certain aspects of this element are illustrated in the screenshots below and/or in
those provided in connection with other allegations herein.

5

**CDE-175BT**

CD/USB Receiver With
Advanced Bluetooth



Source: https://www.alpine-usa.com/product/cde-175bt

PRESS PLAY AND LET ALPINE DO
THE REST
With advanced Bluetooth® wireless
technology, audio streaming, and
FLAC support, the CDE-175BT CD
receiver delivers quality phone calls
and playback of various music files so
you stay in touch and in tune.

Source: https://www.alpine-usa.com/product/cde-175bt

16.     The Product includes a security measure.  For example, the Product
must paired and connected by inputting a password (i.e., a security measure) to a
wireless mobile device (e.g. mobile phone) before receiving a media file. Certain
aspects of this element are illustrated in the screenshots below and/or those
provided in connection with other allegations herein.



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

17.    The Product is disposed in an accessible relation to at least one interactive computer network (e.g., Bluetooth network) that has a wireless range structured to permit authorized access (e.g., via pairing code) to said at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Wireless Communication (CDE-175BT/ CDE-172BT/ UTE-73BT only)**

Communication System:
BLUETOOTH Standard version 3.0

Output:
BLUETOOTH Standard Power Class 2
(Conducted MAX +1 dBm)

Maximum communication range:
Line of sight approx. 10 m (33 ft)[*1]

Frequency band:
2.4 GHz band
(2.4000 GHz – 2.4835 GHz)

Modulation method: FHSS

Compatible BLUETOOTH Profiles[*2]:
A2DP (Advanced Audio Distribution Profile)
1.3
AVRCP (Audio Video Remote Control Profile)
1.3
HFP (Handsfree Profile) 1.6
PBAP (Phone Book Access Profile)
SPP (Serial Port Profile)

Corresponding codec:
SBC (.sbc), AAC (.m4a)

Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

**Pairing and connecting with a BLUETOOTH device**

When connecting a BLUETOOTH device for the first time, mutual registration (called "pairing") is required. Pairing enables this unit and other devices to recognize each other. This unit can connect two BLUETOOTH devices (two cellular phones, or a cellular phone and an audio device).



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

**Connecting with a paired BLUETOOTH device**

To use a paired device, connection with this unit is required. Some paired devices will connect automatically.



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

PRESS PLAY AND LET ALPINE DO
THE REST
With advanced Bluetooth® wireless
technology, audio streaming, and
FLAC support, the CDE-175BT CD
receiver delivers quality phone calls
and playback of various music files so
you stay in touch and in tune.

Source: https://www.alpine-usa.com/product/cde-175bt

# PRODUCT OVERVIEW

Whether your music is on CDs, streamed from your phone or digital player with your Pandora account, or even stored on a USB drive, the CDE-175BT can deliver the music you crave while on the road.

Source: https://www.alpine-usa.com/product/cde-175bt

18.     When the wireless mobile device is within the wireless range, the wireless mobile device is detectable by the media system (e.g., the media system automatically detects a smartphone when the mobile device is within Bluetooth range).  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Wireless Communication (CDE-175BT/ CDE-172BT/ UTE-73BT only)**
Communication System:
    BLUETOOTH Standard version 3.0
Output:
    BLUETOOTH Standard Power Class 2
        (Conducted MAX +1 dBm)
Maximum communication range:
    Line of sight approx. 10 m (33 ft)[*1]
Frequency band:
    2.4 GHz band
        (2.4000 GHz – 2.4835 GHz)
Modulation method: FHSS
Compatible BLUETOOTH Profiles[*2]:
    A2DP (Advanced Audio Distribution Profile)
        1.3
    AVRCP (Audio Video Remote Control Profile)
        1.3
    HFP (Handsfree Profile) 1.6
    PBAP (Phone Book Access Profile)
    SPP (Serial Port Profile)
Corresponding codec:
    SBC (.sbc), AAC (.m4a)

Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

19.    At least one digital media file (e.g., music file) is initially disposed on the wireless mobile device (e.g., the mobile phone includes one or more music files). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

AUDIO STREAMING HAS NEVER BEEN EASIER
Do you have a large music library on your Bluetooth-enabled smartphone? The CDE-175BT can stream and control your smartphone's music via Bluetooth wireless technology. Want to listen to music from your iPhone without plugging-in? Stream your music via the Bluetooth connection. Whether you have music on your iPhone locally, on iTunes Match, or select third-party audio apps, the CDE-175BT can stream your tunes. If you have an Android smartphone, the CDE-175BT is compatible with Android AOA (Android Open Accessory) 2.0. Use the USB connection to access AOA for better sound and control over basic Bluetooth® audio streaming. These functions are delivered through the faceplate keys.

Source: https://www.alpine-usa.com/product/cde-175bt

20.    The media system is structured to detect the wireless mobile device disposed within the wireless range (e.g., media system automatically detects the mobile phone when it is within Bluetooth range). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

PRESS PLAY AND LET ALPINE DO
THE REST
With advanced Bluetooth® wireless
technology, audio streaming, and
FLAC support, the CDE-175BT CD
receiver delivers quality phone calls
and playback of various music files so
you stay in touch and in tune.

Source: https://www.alpine-usa.com/product/cde-175bt

# PRODUCT OVERVIEW

Whether your music is on CDs, streamed from your phone or digital player with your Pandora
account, or even stored on a USB drive, the CDE-175BT can deliver the music you crave
while on the road.

Source: https://www.alpine-usa.com/product/cde-175bt



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

21.    A communication link (e.g., Bluetooth) is structured to dispose the media system and the wireless mobile device (e.g. mobile phone) in a communicative relation with one another via the at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

### Pairing and connecting with a BLUETOOTH device

When connecting a BLUETOOTH device for the first time, mutual registration (called "pairing") is required. Pairing enables this unit and other devices to recognize each other. This unit can connect two BLUETOOTH devices (two cellular phones, or a cellular phone and an audio device).



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

### Connecting with a paired BLUETOOTH device

To use a paired device, connection with this unit is required. Some paired devices will connect automatically.



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

**Wireless Communication (CDE-175BT/ CDE-172BT/ UTE-73BT only)**

Communication System:
   BLUETOOTH Standard version 3.0
Output:
   BLUETOOTH Standard Power Class 2
      (Conducted MAX +1 dBm)
Maximum communication range:
   Line of sight approx. 10 m (33 ft)[*1]
Frequency band:
   2.4 GHz band
      (2.4000 GHz – 2.4835 GHz)
Modulation method: FHSS
Compatible BLUETOOTH Profiles[*2]:
   A2DP (Advanced Audio Distribution Profile)
      1.3
   AVRCP (Audio Video Remote Control Profile)
      1.3
   HFP (Handsfree Profile) 1.6
   PBAP (Phone Book Access Profile)
   SPP (Serial Port Profile)
Corresponding codec:
   SBC (.sbc), AAC (.m4a)

Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

22.    The communication link is initiated by the media system. The devices will automatically connect when the units are in range. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

AUDIO STREAMING HAS NEVER BEEN EASIER

Do you have a large music library on your Bluetooth-enabled smartphone? The CDE-175BT can stream and control your smartphone's music via Bluetooth wireless technology. Want to listen to music from your iPhone without plugging-in? Stream your music via the Bluetooth connection. Whether you have music on your iPhone locally, on iTunes Match, or select third-party audio apps, the CDE-175BT can stream your tunes. If you have an Android smartphone, the CDE-175BT is compatible with Android AOA (Android Open Accessory) 2.0. Use the USB connection to access AOA for better sound and control over basic Bluetooth® audio streaming. These functions are delivered through the faceplate keys.

Source: https://www.alpine-usa.com/product/cde-175bt

17



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf

23.    The wireless mobile device and the media system are structured to transmit the at least one digital media file there between via the communication link (e.g., media system allows for the transmission of files between itself and the wireless mobile device; e.g., the mobile device transmits the music file to the media system). Certain aspects of this element are illustrated in the screenshots provided in connection with other allegations herein.

24.    The communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to,

and displaying the at least one digital media file on, the media system (e.g., the media system bypasses the security measure of the Bluetooth network).  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

## NEAR-FIELD COMMUNICATION
If your phone is equipped with Near-Field Communication (NFC) protocol, you can use it to quickly pair to the CDE-175BT. Just place your phone near the CDE-175BT to pair with it, then enjoy the Bluetooth phone and audio features through the head unit.

Source: https://www.alpine-usa.com/product/cde-175bt

19



Source: http://support.alpine-usa.com/products/documents/OM_CDE-175BT.pdf



Source: https://www.alpine-usa.com/product/cde-175bt

25.   Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

26.   Defendant's actions complained of herein are causing irreparable

20

harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

27.    Plaintiff is in compliance with 35 U.S.C. § 287.

## Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

## Prayer for Relief

WHEREFORE, Plaintiff asks the Court to:

(a)    Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)    Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c)    Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)    Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)    Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: February 14, 2020

Respectfully submitted by:

/s/ Maxwell Goss

Maxwell Goss
Michigan Bar No. P78594
MAXWELL GOSS, PLLC
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009
(248) 266-5879
max@maxwellgoss.com

OF COUNSEL:
Jay Johnson
Texas Bar No. 24067322
D. Bradley Kizzia
Texas Bar No. 11547550
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**