UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISPLAY TECHNOLOGIES, LLC,

       Plaintiff,

v.

ALPINE ELECTRONICS OF
AMERICA, INC.,

       Defendant.
_____/

Case No. 2:20-cv-10392

HONORABLE STEPHEN J. MURPHY, III

### ORDER DISMISSING THE CASE WITHOUT PREJUDICE AND REQUIRING CLOSING DOCUMENTS

On May 29, 2020, the parties informed the Court that they had resolved the case through settlement and that they would submit a proposed, stipulated order dismissing the case by the end of June 2020. It is now well into July 2020, and the parties have not submitted the anticipated proposed order. The Court will therefore dismiss the case without prejudice and require the parties to submit a proposed, stipulated order dismissing the case with prejudice no later than July 30, 2020.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties shall **SUBMIT** a proposed, stipulated order dismissing the case with prejudice no later than **July 30, 2020**.

Failure to comply with this order will result in dismissal of the case with prejudice.

**SO ORDERED**.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 22, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

2