IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALPINE ELECTRONICS OF AMERICA, INC., <br><br> Defendant | Case No. 2:20-cv-10392-SJM-MJH <br><br> Hon. Stephen J. Murphy |

**Stipulation of Dismissal**

Plaintiff Display Technologies, LLC and Defendant Alpine Electronics of America, Inc. have settled the above-captioned matter. Accordingly, by their respective undersigned counsel, the parties hereby STIPULATE and AGREE as follows:

1. All claims asserted in the Complaint (Doc. No 1) are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Count I of Alpine's Counterclaim (Doc. No. 10) is dismissed with prejudice, and Count II of Alpine's Counterclaim (Doc. No. 10) is dismissed without prejudice; and

3. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

This Stipulation and the entry of the accompanying proposed Order shall finally resolve the Action between the parties.

Dated: July 23, 2020             Respectfully submitted,

/s/ Maxwell Goss
**Maxwell Goss**
Michigan State Bar. No P78594
**MAXWELL GOSS, PLLC**
370 E. Maple Rd.
Third Floor
Birmingham, Michigan 48009
Phone (248) 266-5879
max@maxwellgoss.com

OF COUNSEL:

**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**


/s/ Craig S. Summers (w/ permission)
**Craig S. Summers**
Knobbe, Martens Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
949-760-0404
Fax: 949-760-9502
craig.summers@kmob.com

**I. W. Winsten**
Honigman LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3506
313-465-7608
Fax: 313-465-7609
Email: iww@honigman.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 23, 2020.

                                 /s/ Maxwell Goss
                                 Maxwell Goss