UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISPLAY TECHNOLOGIES, LLC,

      Plaintiff,

Case No. 2:20-cv-10392

HONORABLE STEPHEN J. MURPHY, III

v.

ALPINE ELECTRONICS OF
AMERICA, INC.,

      Defendant.

                                       /

**ORDER ADOPTING STIPULATION [18]
AND DISMISSING THE CASE WITH PREJUDICE**

On July 22, the Court dismissed the case without prejudice and ordered the parties to submit a proposed, stipulated order dismissing the case with prejudice no later than July 30, 2020. ECF 17. On July 23, 2020, the parties filed a stipulation agreeing to dismiss the complaint with prejudice and to dismiss Defendant's first counterclaim with prejudice and second counterclaim without prejudice. ECF 18.

**WHEREFORE**, it is hereby **ORDERED** that the parties' stipulation [18] is **ADOPTED**.

**IT IS FURTHER ORDERED** that the complaint and Defendant's first counterclaim are **DISMISSED WITH PREJUDICE**.

1

**IT IS FURTHER ORDERED** that Defendant's second counterclaim is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 28, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 28, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager